**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Darrell ROBINSON, Defendant—
Appellant.**

**No. 06–10498.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 16, 2007.*

Filed April 20, 2007.

Anne Pings, USSAC—Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Law Office of Kathryn Kohlman Druliner, Sacramento, CA, for Defendant–Appellant.

Before: O'SCANNLAIN, GRABER, and CLIFTON, Circuit Judges.

## MEMORANDUM **

Darrell Robinson appeals from the 262–month sentence imposed following his guilty-plea conviction for conspiracy to distribute at least 50 grams of cocaine base, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

We dismiss in light of the valid appeal waiver. *See United States v. Jeronimo*, 398 F.3d 1149, 1152–53 (9th Cir.2005) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily).

**DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

